UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF,<br><br>V.<br><br>REAL PROPERTY KNOWN AND NUMBERED AS 2467 LEGENDS WAY, CRESTVIEW HILLS, KENTON COUNTY, KENTUCKY, WITH ALL APPURTENANCES, IMPROVEMENTS, AND ATTACHMENTS THEREON, et al.,<br>DEFENDANTS. | CASE NO. C-1-02-367<br>(consolidated with C-1-02-359, C-1-02-388, C-1-02-431, and C-1-02-474)<br><br>SENIOR JUDGE SPIEGEL |

## U.S. MARSHALS SERVICE RETURN

Now comes the United States Marshal for the Southern District of Ohio to inform the Court of the sale of the real property known and numbered as 9550 Shore Drive, Units 839a and 839b, Sands Ocean Club III, Myrtle Beach, SC, with all appurtenances, improvements, and attachments thereon, pursuant to the terms of an Interlocutory Sale Agreement (Doc. 168).

The net sale proceeds represent an amount equal to one hundred eighty one thousand nine hundred twenty three dollars and forty five cents ($181,923.45). The net sale proceeds have been deposited into the U.S. Marshals Service Seized Assets Deposit Fund where they shall remain pending further order of the Court.

JAMES M. WAHLRAB
UNITED STATES MARSHAL

5/29/07
Date

Jaime L. Cochran
Property Management Specialist
U.S. Marshals Service